JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jag@mgalaw.com
jph@mgalaw.com

*Attorneys for Defendants Ahern Rentals, Inc. & Don F. Ahern*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EQUIPMENTSHARE.COM INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AHERN RENTALS, INC., a Nevada corporation; DON F. AHERN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01916-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO ANSWER**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2 and Local Rule 7-1, it is hereby stipulated by and between Plaintiff EQUIPMENTSHARE.COM INC and Defendants, AHERN RENTALS, INC and DON F. AHERN, by and through their counsel to extend the current deadline of December 6, 2021, for Defendants to respond to the Complaint as follows:

On November 17, 2021, Plaintiff filed its Complaint [ECF No. 1]. Defendants' response is currently due on December 6, 2021. The undersigned hereby agree to a two (2) week extension of that deadline and that Defendants shall have until December 20, 2021 to file their response.

This is the parties' first request for an extension of time of any deadline in this matter. It is not intended to cause any delay or prejudice any party. Rather, the parties hereto agree to an extension

/ / /

23441505.1

1

in good faith to allow Defendants additional time to gather necessary information to formulate their response and to accommodate counsel's existing commitments in other matters.

DATED this 3rd day of December, 2021.   DATED this 3rd day of December, 2021.

**MAIER GUTIERREZ & ASSOCIATES**   **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Jean-Paul Hendricks*   */s/ Emily A. Ellis*
JOSEPH A. GUTIERREZ, ESQ.   MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 9046   Nevada Bar No. 10118
JEAN-PAUL HENDRICKS, ESQ.   EMILY A. ELLIS, ESQ.
Nevada Bar No. 10079   Nevada Bar No. 11956
8816 Spanish Ridge Avenue   100 North City Parkway, Suite 1600
Las Vegas, Nevada 89148   Las Vegas, Nevada 89106
*Attorneys for Defendants Ahern Rentals, Inc.*   *Attorneys for Plaintiff Equipmentshare.com Inc.*
*& Don F. Ahern*

**ORDER**

IT IS SO ORDERED.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED __12-3-2021_____

23441505.1

2