JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail:      jag@mgalaw.com
             jph@mgalaw.com

*Attorneys for Defendants Ahern Rentals, Inc. & Don F. Ahern*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EQUIPMENTSHARE.COM INC, a Delaware corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>AHERN RENTALS, INC., a Nevada corporation; DON F. AHERN, an individual; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.:      2:21-cv-01916-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO ANSWER**<br><br>**(Second Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2 and Local Rule 7-1, it is hereby stipulated by and between Plaintiff EQUIPMENTSHARE.COM INC and Defendants, AHERN RENTALS, INC and DON F. AHERN, by and through their counsel to extend the current deadline of December 20, 2021, for Defendants to respond to the Complaint as follows:

On November 17, 2021, Plaintiff filed its Complaint [ECF No. 1]. The parties filed a stipulation to extend the initial response deadline on December 3, 2020. [ECF No. 5]. The order granting the first stipulation was entered that same day. [ECF No. 8]. Defendants' response is currently due on December 20, 2021. The undersigned hereby agree to a two (2) week extension of that deadline and that Defendants shall have until January 3, 2022 to file their response.

This is the parties' second request for an extension of time of any deadline in this matter. It is

1

not intended to cause any delay or prejudice any party. Rather, the parties hereto agree to an extension in good faith to allow the Defendants additional time to gather information and respond to the complaint.

DATED this 20th day of December, 2021.       DATED this 20th day of December, 2021.

**MAIER GUTIERREZ & ASSOCIATES**            **BROWNSTEIN HYATT FARBER SCHRECK, LLP**


*/s/ Jean-Paul Hendricks*                    */s/ Emily A. Ellis*
JOSEPH A. GUTIERREZ, ESQ.                     MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 9046                           Nevada Bar No. 10118
JEAN-PAUL HENDRICKS, ESQ.                     EMILY A. ELLIS, ESQ.
Nevada Bar No. 10079                          Nevada Bar No. 11956
8816 Spanish Ridge Avenue                     100 North City Parkway, Suite 1600
Las Vegas, Nevada 89148                       Las Vegas, Nevada 89106
*Attorneys for Defendants Ahern Rentals, Inc.*  *Attorneys for Plaintiff Equipmentshare.com Inc.*
*& Don F. Ahern*

## <u>ORDER</u>

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ___12-29-2021_____

23441505.1